# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JOHAN SEBASTIAN ZAPATA BARRERA,  )
)
)
Petitioner,  )
)  Case No. CIV-26-1061-SLP
v.  )
)
MARKWAYNE MULLIN, et al.,  )
)
Respondents.

## **O R D E R**

BEFORE the Court is Petitioner's Motion to Enforce the Court's Order [Doc. No. 18].  **Respondents are directed to file a response as to Petitioner's detention status no later than 5:00 P.M. on Tuesday, August 11, 2026.**

IT IS SO ORDERED this 11th day of August, 2026.

_____

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**