**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOHAN SEBASTIAN ZAPATA BARRERA, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. CIV-26-1061-SLP |
| MARKWAYNE MULLIN, et al., | ) | |
| Respondents. | ) | |

**O R D E R**

Before the Court is Petitioner's Motion to Enforce the Court's Order [Doc. No. 18]. Respondents filed two Notices, [Doc. Nos. 20, 21], on August 11 and 12, 2026, updating the Court of Petitioner's detention status. On August 18, 2026, the Court issued an Order directing Petitioner "to file any applicable Reply as to his detention status or release[.]" Order [Doc. No. 22]. That same day, Petitioner filed a Reply, stating "that he has been released by the Government" and "[t]herefore, his Motion to Enforce is moot." Pet'r's Reply [Doc. No. 23].

IT IS THERFORE ORDERED that Petitioner's Motion to Enforce the Court's Order, [Doc. No. 18], is DENIED as moot.

IT IS SO ORDERED this 19th day of August, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**